# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

*[This form is for prisoners to sue for civil rights violations. NEATLY print in ink (or type) your answers.]*

-FILED- AUG 17 2026 AT ___ M Chanda J. Berta, Clerk U.S. DISTRICT COURT NORTHERN DISTRICT OF INDIANA

Cordell Eugene Scruggs,
*[You are the PLAINTIFF, print your full name on this line.]*

v. Michael McAlexander Prosecuting Attorney for the 38th Judicial Circuit,
*[The DEFENDANT is who you are suing. Put ONE name on this line. List ALL defendants below, including this one.]*

Case Number 3:26-cv-1220
*[For a new case in this court, leave blank. The court will assign a case number.]*

*[The top of this page is the caption. Everything you file in this case must have the same caption. Once you know your case number, it is VERY IMPORTANT that you include it on everything you send to the court for this case. DO NOT send more than one copy of anything to the court.]*

## PRISONER COMPLAINT

| # | Defendant's Name and Job Title | Work Address |
|---|---|---|
| 1 | *[Put the defendant named in the caption in this box.]* Michael Alexander Prosecuting Attorney for the 38th Judicial Circuit | 38th Judicial Circuit of Indiana |
| 2 | *[Put the names of any other defendants in these boxes.]* John R. Burns #3016-02 | Deputy Prosecuting Attorney Fort Wayne, IN. |
| 3 | Clerk of Allen County Superior Court (unknown name) | 715 South Calhoun St. #201 Fort Wayne, IN. 46802 |

*[If you are suing more defendants, attach an additional page. Number each defendant. Put the name, job title, and work address of each defendant in a separate box as shown here.]*

1. How many defendants are you suing? 3
2. What is the name and address of your prison or jail? Allen County Jail 417 S Calhoun St. Fort Wayne, IN. 46802
3. Did the event you are suing about happen there? ☑ Yes. ◯ No, it happened at: ____
4. On what date did this event occur? From May 2026 — August 2026

*[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]*

## CLAIMS and FACTS

DO: Write a short and plain statement telling what each defendant did wrong.

DO: Use simple English words and sentences.

**DO NOT**: Quote from cases or statutes, use legal terms, or make legal arguments.

DO: Explain when, where, why, and how each defendant violated your rights.

DO: Include every fact necessary to explain your case and describe your injuries or damages.

DO: Number any documents you attach and refer to them by number in your complaint.

**DO NOT**: Include social security numbers, dates of birth, or the names of minors.

DO: Use each defendant's name every time you refer to that defendant.

DO: Number your paragraphs. [*The first paragraph has been numbered for you.*]

1. I am exhausted - mentally tortured - Confused - Emotionally suffering - Anxious - Experiencing High levels of anxiety due to my mental disability diagnoses of Schizophrenia - I have been requesting fast speedy trial since April 20, 2026 or around that day all the way up until The date I filed a motion to dismiss for Sixth Amendment violation According to Indiana Criminal Rule 4(B) - my rights have been violated - I have never neglected my rights - I requested fast speedy trial my first Court date and have sent multiple letters to the Courts and Judges and Clerks - I believe that the Court transcripts may have been tampered with because no one here in Allen County seems to be honoring my request like they

[*DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.*]

Claims and Facts (continued)

never existed - I have been Sending letters and request for my rights to be granted and no one is responding. I AM pursuing to file this Complaint against Michael Alexander - John R. Burns and Clerk of Allen County Superior Court - I am accusing them in their Individual and official capacities of my assumptions that they are Intentionally disreguarding my rights and I Suspect Illegal activity going on over their In the Allen County Court (Superior) Court house. I'm not making frivilous assumptions - what else am I suppose to do if I have been ignored since April 2026 and here it is August and I have not even gotten a letter of approval or denial of my motion to dismiss my Case - I only believe that it may have never been filed or if it has the prosecutors ~~and~~ I mentioned are denying my rights. I've Sent letters and motions to EVERYONE who is able to enforce my rights because their not letting me do it on my own.

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]

5. When did this event happen?
   - ◯ Before I was confined.
   - ☑ While I was confined awaiting trial.
   - ◯ After I was convicted while confined serving the sentence.
   - ◯ Other: ______________________________

6. Have you ever sued anyone for this exact same event?
   - ◯ No. I do not have case # yet - Still pending.
   - ☑ Yes, attached is a copy of the final judgment OR an additional sheet listing the court, case number, file date, judgment date, and result of the previous case(s).

7. Could you have used a prison grievance system to complain about this event?
   - ☑ No, this event is not grievable at this prison or jail.
   - ◯ Yes, I filed a grievance and attached is a copy of the response from the final step.
   - ◯ Yes, this event was grievable, but I did not file a grievance because ______________

8. If you win this case, what do you want the court to order the defendant(s) to do?
   *[NOTE: A case filed on this form will not overturn your conviction or change your release date.]*

I want their actions declared unconstitutional and (2) $150,000.00 for pain suffering that they are inflicting while I am lawfully diagnosed with this mental instability. I am being tortured!

[*Initial Each Statement*]

CS I will pre-pay the filing fee OR file a prisoner motion to proceed in forma pauperis.
CS I will keep a copy of this complaint for my records.
CS I will promptly notify the court of any change of address.
CS I WILL NOT send more than one copy of any filing to the court.
CS I WILL NOT send summons, USM-285, or waiver forms to the clerk.
CS I declare **under penalty of perjury** that the statements in this complaint are true.

I placed this complaint in the prison mail system on 8 / 12 /2024 at 5:00 am/pm.
*[Do not fill in this date and time until you give the complaint to prison officials to send to the court.]*

Cordell Suggs
Signature

313210
Prisoner Number

*[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]*

Name Cordell Scruggs
Block # 6 F
Allen Co Jail 417 S Calhoun St Fort Wayne IN 46802
This stamp identifies this correspondence as having been mailed by an offender at the above Correctional Facility
WARNING - NOT responsible for contents

FT WAYNE IN 467
14 AUG 2026 PM 1 L




United States District Court Clerks office
204 S. Main Street
South Bend, IN. 46601

46601-219499